UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Leanda Perry**  Docket No. 2:16-CR-16-1BO

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leanda Perry, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute 5 Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(B), and 846, was sentenced in the District of Connecticut (D/CT) by the Honorable Peter C. Dorsey, U.S. District Judge, on January 15, 2008, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years. On August 20, 2012, the defendant was resentenced to 92 months custody pursuant to 18 U.S.C § 3582 (c)(2) by the Honorable Janet Bond Arterton, U.S. District Judge in D/CT.

Leanda Perry was released from custody on December 21, 2012, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 3, 2015, the defendant tested positive for marijuana and cocaine. Additionally, on October 22, 2015, Perry tested positive for cocaine. He was verbally reprimanded for his conduct, which was reported to the D/CT to initiate transfer of jurisdiction so that we could address compliance matters; however, the transfer of jurisdiction process was delayed on multiple occasions. On May 20, 2016, transfer of jurisdiction was transferred to the Eastern District of North Carolina. On May 26, 2016, the defendant provided a urine sample that was submitted for laboratory analysis. On June 5, 2016, laboratory analysis revealed positive results for cocaine. On June 17, 2016, when confronted with the laboratory results, Perry admitted he used cocaine on approximately May 24, 2016. The defendant has enrolled in substance abuse counseling. Additionally, as sanctions for this violation conduct, confinement of 5 days in the custody of the Bureau of Prisons and participation in the DROPS Program (third use level) is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin at the third use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Leanda Perry
Docket No. 2:16-CR-16-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: June 17, 2016

### ORDER OF THE COURT

Considered and ordered this 20 day of June, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge